denied the right to be a witness in his own defense or even to testify that the confession used against him was coerced during a two-month period of illegal detention. He also claims that he was denied the right to trial by jury of his peers under a valid indictment through the systematic exclusion of members of his race from the jury lists, a practice which has often been condemned as unconstitutional by this Court and which Congress has made criminal.

No man should ever be imprisoned—let alone executed—in this country if such charges can be substantiated.

No. 675. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *John H. Wrighten* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 677. MORGAN ET AL. *v.* PRESBYTERY OF THE EVERGLADES ET AL. Supreme Court of Florida. Certiorari denied. *Robert A. Peterson* for petitioners. *Marion E. Sibley* for respondents.

No. 684. AMANA REFRIGERATION, INC., *v.* COLUMBIA BROADCASTING SYSTEM, INC. C. A. 7th Cir. Certiorari denied. *L. M. McBride* and *John P. Ryan, Jr.* for petitioner. *Bruce Bromley, Ralph L. McAfee, Hammond E. Chaffetz, John H. Pickering* and *Charles G. Moerdler* for respondent.

No. 405, Misc. SWEPSTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.